IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JOHN D. PETTINEO, | : | |
| --- | --- | --- |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GE MONEY BANK, | : | No. 10-2569 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **10th** day of **January, 2011**, upon consideration of Defendant GE Money Bank's Motion for Judgment on the Pleadings, Plaintiff's Response thereto, and for the reasons stated in this Court's Memorandum dated January 10, 2011, it is hereby **ORDERED** that:

1. Defendant's Motion for Judgment on the Pleadings (Document No. 11) is **GRANTED**.

2. Plaintiff's Complaint (Document No. 3) is **DISMISSED without prejudice**.

3. Plaintiff may file an Amended Complaint on or before February 8, 2011.

BY THE COURT:

*/s/ Berle M. Schiller*

**Berle M. Schiller, J.**