**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN D. PETTINEO,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **GE MONEY BANK,** | : | **No. 10-2569** |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this **29th** day of **March, 2011**, upon consideration of Defendant GE Money Bank's Motion to Dismiss Plaintiff's First Amended Complaint, Plaintiff's Response thereto, and for the reasons stated in this Court's Memorandum dated March 29, 2011, it is hereby **ORDERED** that Defendant's Motion (Document No. 22) is **GRANTED in part and DENIED in part**, as follows:

1. Defendant's Motion is **DENIED** with respect to Plaintiff's claim for discrimination under 15 U.S.C. § 1691(a)(3).

2. Defendant's Motion is **DENIED** with respect to Plaintiff's claims for punitive damages and attorneys' fees.

3. Defendant's Motion is **GRANTED** with respect to Plaintiff's remaining claims, which are **DISMISSED with prejudice**.

BY THE COURT:

_____

**Berle M. Schiller, J.**